UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JANE DOE 1**,

       Plaintiff,

v.

**MATTHEW WEISS, the REGENTS
OF THE UNIVERSITY OF MICHIGAN,
the UNIVERSITY OF MICHIGAN,
KEFFER DEVELOPMENT SERVICES, LLC**

       Defendants.

Case No. 25-cv-10988

Hon. Denise Page Hood

_____/

| BUCKFIRD LAW FIRM | BUTZEL LONG |
|---|---|
| By:   **Robert J. Lantzy (P57013)** | By:   **Daniel B. Tukel (P34978)** |
| By:   **Sarah L. Gorski (P82899)** | 201 W. Big Beaver Road |
| 29000 Inkster Road | Suite 1200 |
| Suite 150 | Troy, Michigan 48084 |
| Southfield, Michigan 48034 | (248) 258-1616 |
| (248) 234-9840 | **Attorneys for Defendants** |
| **Attorneys for Plaintiff** | **University of Michigan and** |
| | **Regents of the University of Michigan** |

_____/

**STIPULATED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

      In accordance with the stipulation of the parties, defendants University of Michigan and Regents of the University of Michigan having waived service, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the time for defendants University of Michigan and Regents of the University Michigan to respond to the Complaint is extended to and including June 2, 2025.

**SO ORDERED**.

Dated: April 10, 2025                    s/Denise Page Hood
                                         United States District Court Judge

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

| | |
|---|---|
| s/ with the consent of | s/ Daniel B. Tukel |
| Robert J. Lantzy | 201 W. Big Beaver Road |
| 29000 Inkster Road, Suite 150 | Suite 1200 |
| Southfield, Michigan  48034 | Troy, Michigan 48084 |
| (248) 234-9840 | (248) 258-1616 |
| robert@buckfirelaw.com | tukel@butzel.com |
| (P57013) | (P34978) |