UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1,

    Plaintiffs,

-vs-

MATTHEW WEISS; the REGENTS
OF THE UNIVERSITY OF MICHIGAN;
the UNIVERSITY OF MICHIGAN;
KEFFER DEVELOPMENT SERVICES,
LLC,

    Defendants.

Case No. 2:25-cv-10988-MAG-EAS

HON. MARK A. GOLDSMITH

_____

## NOTICE OF FILING OF MOTION FOR STATUS CONFERENCE

Please take notice that Plaintiffs have filed a Motion for Status Conference in Case No. 25-cv-10946. The motion seeks consolidation of the following cases:

- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10806;
- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10855;
- *Jane Roe CLF 001 v. Weiss, et al.*, Case No 25-cv-10870;
- *Jane Doe v. Board of Regents*, Case No. 25-10876;
- *Jane Does 1 –11 v. University of Michigan*, Case No. 25-cv-10946;
- *Jane Doe v. Board of Regents, et al.,* 25-cv-10951;
- *Jane Doe 1-3 v. Matthew Weiss, et al.*, Case No. 25-cv-10988; and
- *Student Doe v. Board of Regents, et al.*, Case No. 25-cv-10999.
- *Jane Doe 1 v. Matthew Weiss, et al., Case No. 1:25-cv-04233 (NDIL)*

    Dated: April 23, 2025

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

        */s/ Jason J. Thompson*
        Jason J. Thompson (P47184)
        Lisa M. Esser (P70628)
        Richard L. Groffsky (P32992)
        Matthew G. Curtis (P37999)
        Attorney for Plaintiffs
        One Towne Square, Suite 1700
        Southfield, Michigan, 48076
        (248) 355-0300
        JThompson@sommerspc.com
        LEsser@sommerspc.com
        RGroffsky@sommerspc.com
        MCurtis@sommerspc.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 23, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system.

        */s/ Jason J. Thompson*
        Jason J. Thompson (P47184)