UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1,

    Plaintiffs,

-vs-

MATTHEW WEISS; the REGENTS
OF THE UNIVERSITY OF MICHIGAN;
the UNIVERSITY OF MICHIGAN;
KEFFER DEVELOPMENT SERVICES,
LLC,

    Defendants.

Case No. 2:25-cv-10988-MAG-EAS

HON. MARK A. GOLDSMITH

_____

## CORRECTED NOTICE OF FILING OF MOTION FOR STATUS CONFERENCE

Plaintiffs inadvertently included a case from the Northern District of Illinois as a case for consolidation in the original notice, which is now removed. Please take notice that Plaintiffs have filed a Motion for Status Conference in Case No. 25-cv-10946. The motion seeks consolidation of the following cases:

- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10806;
- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10855;
- *Jane Roe CLF 001 v. Weiss, et al.*, Case No 25-cv-10870;
- *Jane Doe v. Board of Regents*, Case No. 25-10876;
- *Jane Does 1 –11 v. University of Michigan*, Case No. 25-cv-10946;
- *Jane Doe v. Board of Regents, et al.,* 25-cv-10951;
- *Jane Doe 1-3 v. Matthew Weiss, et al.*, Case No. 25-cv-10988; and
- *Student Doe v. Board of Regents, et al.*, Case No. 25-cv-10999.

|  |  |
|---|---|
| Dated: May 6, 2025 | Respectfully submitted,<br><br>SOMMERS SCHWARTZ, P.C.<br><br>*/s/ Jason J. Thompson*<br>Jason J. Thompson (P47184)<br>Lisa M. Esser (P70628)<br>Richard L. Groffsky (P32992)<br>Matthew G. Curtis (P37999)<br>Attorney for Plaintiffs<br>One Towne Square, Suite 1700<br>Southfield, Michigan, 48076<br>(248) 355-0300<br>JThompson@sommerspc.com<br>LEsser@sommerspc.com<br>RGroffsky@sommerspc.com<br>MCurtis@sommerspc.com |

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system.

*/s/ Jason J. Thompson*
Jason J. Thompson (P47184)